**In re the Marriage of Dorothy Jean BARTZ, Appellant,**

v.

**Thomas Joseph BARTZ, Respondent.**

No. 54667.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 30, 1989.

Theodore S. Schechter, Cynthia Ann Sobel, Marie–Anne Woodruff, Clayton, for appellant.

Justin C. Cordonnier, St. Louis, for respondent.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight. of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976). An extended opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).

**NEWLY WEDS FOODS, INC., Plaintiff/Appellant,**

v.

**ST. LOUIS CREAMERY, INC., Defendant/Respondent.**

No. 55022.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 30, 1989.

Robert M. Hunt, II, William Whealen, and S. Paige Canfield, St. Louis, for plaintiff/appellant.

Gregory G. Fenlon, Clayton, for defendant/respondent.

### ORDER

PER CURIAM.

Plaintiff sued defendant on an open account. Defendant filed an affirmative defense of satisfaction of any indebtedness and a counterclaim for recovery of overpayments. The jury returned a verdict for defendant on plaintiff's claim and for defendant on defendant's counterclaim in the amount of $5,000. Plaintiff appeals. We affirm.

The "evidence in support of [the] jury verdict is not insufficient", "no error of law appears", and "an opinion would have no precedential value." Rule 84.16(b).